| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **ZAZELLA & SINGER, ESQS.**<br>**48 MOUNTAIN VIEW BLVD.**<br>**P.O. BOX 737**<br>**WAYNE, NEW JERSEY 07470-0737**<br>**973-696-1700 Telephone**<br>**973-696-3228 Telefax**<br>**LSS-7914** | |
| **IN RE:**<br><br>**N-C AUTOMATED INDUSTRIES, INC.**<br><br>**Debtor,** | **CASE NO:  08-13448**<br><br>**CHAPTER 11** |

## CERTIFICATION IN SUPPORT OF NOTICE
## OF MOTION TO EXPUNGE OR REDUCE THE CLAIM
## OF THE INTERNAL REVENUE SERVICE
## AND FOR AN ACCOUNTING

   **JANET CAVALLO,** makes the following certified statements in connection with the

above matter.

   1.  I am an officer of the above debtor, familiar with the facts of this matter and

authorized to make this Certification.

   2.  On February 28, 2008, N-C Automated Industries, Inc., (hereafter referred to as NC)

filed its Chapter 11 petition in bankruptcy.

   3.  The debtor operates a machine shop in Passaic, New Jersey.

   4.  As one of its customers NC does work for the United States government.

5.      Since March, 2007 NC has performed services for the United States government for

which it was not paid.  The United States government was to setoff its charges against the unpaid

debt that NC has to it.

6.      I have review the Proof of Claim field by the Internal Revenue Service attached

hereto as Exhibit A.  Nowhere does it reflect any credits for goods and services provided or

payments made.

7.      Listed below are the invoices dates, invoice numbers and amounts for which no

credit has been given

| Date | Invoice | Amount |
|---|---|---|
| 3/7/07 | 3239P107 | 95.00 |
| 6/3/07 | 3334P111 | 853.96 |
| 5/7/07 | 3340P111 | 25.00 |
| 6/25/07 | 3355P112 | 442.50 |
| 5/29/07 | 3371P112 | 400.00 |
| 7/25/07 | 3395P114 | 691.20 |
| 7/25/07 | 3396P114 | 3,942.65 |
| 6/18/07 | 339P114 | 691.20 |
| 8/15/07 | 3398P114 | 1,380.00 |
| 8/20/07 | 3401P114 | 370.87 |
| 7/19/07 | 3402P114 | 2,857.68 |
| 7/31/07 | 3445P116 | 6,078.60 |
| 9/7/07 | 3445P116 | 309.50 |
| 8/8/07 | 3457P116 | 3,003.00 |
| 9/7/07 | 3458P116 | 2,016.00 |
| 9/10/07 | 3476P116 | 2,382.38 |
| 9/20/07 | 3478P116 | 533.00 |
| 9/25/07 | 3479P117 | 51.49 |
| 8/23/07 | 3480P117 | 2,400.00 |
| 8/29/07 | 3485P117 | 2,531.50 |
| 10/9/07 | 3486P117 | 3.00 |
| 10/1/07 | 3487P117 | 825.00 |
| 9/27/07 | 3491P117 | 966.15 |
| 8/29/07 | 3491P117 | 169.50 |
| 10/2/07 | 3495P118 | 51.45 |
| 9/5/07 | 3495P118 | 4,165.00 |
| 10/10/07 | 3540P119 | 463.36 |
| 10/2/07 | 3541P119 | 716.55 |
| 10/10/07 | 3542P119 | 3,891.89 |
| 10/2/07 | 3544P119 | 114.70 |

| Date | Reference | Amount |
|---|---|---|
| 11/10/07 | | 716.55 |
| 11/19/07 | 3547P119 | 3,845.36 |
| 10/15/07 | 3557P120 | 194.81 |
| 10/17/07 | 3579P120 | 2,494.00 |
| 10/29/07 | 3589P120 | 192.80 |
| 12/26/07 | 3601P121 | 1,035.46 |
| 11/15/07 | 3613P122 | 14.71 |
| 12/17/07 | 3614P122 | 1,566.01 |
| 11/28/07 | 3618P122 | 1,046.87 |
| 11/28/07 | 3620P123 | 1,361.70 |
| 12/26/07 | 3622P122 | 293.12 |
| 12/26/07 | 3623P122 | 249.63 |
| 12/26/07 | 3623P122 | 128.00 |
| 12/12/07 | 3638P122 | 1,291.15 |
| 1/28/08 | 3653P124 | 1,200.00 |
| 1/23/08 | 3654P124 | 1,200.00 |
| 12/27/07 | 3657P124 | 338.00 |
| 1/2/08 | 3663P124 | 353.80 |
| 2/11/08 | 3664P124 | 735.00 |
| 1/16/08 | 3666P124 | 1,623.56 |
| 2/8/08 | 3667P124 | 2,446.25 |
| 1/28/08 | 3653P124 | 1,200.00 |
| 2/1/08 | | 606.06 |
| 2/1/08 | 3663P124 | 183.00 |
| | 3670P124 | 1,122.88 |
| | 3672P124 | 1,183.32 |
| | 3677P124 | 728.43 |
| 1/15/08 | 3680P124 | 8,212.50 |
| 1/28/08 | 3683P124 | 783.56 |
| 2/8/08 | 3672P124 | 1,183.32 |
| 2/8/08 | 3700P126 | 4,172.12 |
| 1/20/08 | 3735P126 | 668.10 |
| 2/8/08 | 3745P126 | 6.65 |
| 2/14/08 | 3760P126 | 2,116.50 |
| 2/14/08 | 3761P126 | 2,724.81 |
| 2/27/08 | 3775P127 | 2,495.00 |
| 2/27/08 | 3776P127 | 664.65 |
| | 3816P127 | 371. |

TOTAL GO OFFSETS TAKEN     $95,735.72

8.      Furthermore, payments in excess of  $70,000.00  were made and for which no credit was given to NC.

9.      I submit this Certification in Support of the Debtors motion for an accounting of monies outstanding to the Internal Revenue Service and to Reduce/Expunge the Claim filed by the Internal Revenue Service.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                              N-C AUTOMATED INDUSTRIES, INC.

                              /s/ JANET CAVALLO

                    By:_____
                              **JANET CAVALLO**

Dated: August 8, 2008